EUGENE A. WAHL v. THE BOARD OF ADJUSTMENT OF THE TWP. OF CEDAR GROVE.

May 17, 1977. Petition for certification denied.

JANIE O. FLEMING v. MARGARET S. HAINES.

May 17, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. HARDY LEE FREEMAN.

May 17, 1977. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF MARY B. MCQUILLEN, DECEASED.

May 17, 1977. Petition for certification denied.

IN THE MATTER OF GARDEN STATE COMMUNITY HOSPITAL.

May 17, 1977. Petition for certification denied. (See 147 *N. J. Super.* 592)

IN THE MATTER OF RANCOCAS VALLEY HOSPITAL.

May 17, 1977. Petition for certification denied. (See 147 *N. J. Super.* 592)